IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION



| | |
|---|---|
| IN Re: NORA KANE,<br><br>Plaintiff, | Cause No. CV 12-00126-BLG-RFC-CSO<br><br>ORDER TO CLOSE FILE |

Plaintiff Nora Kane, proceeding without counsel, submitted a document which was liberally construed as a complaint. Kane did not pay the filing fee or submit a motion to proceed in forma pauperis with her filing. In order to institute a civil action in federal court a plaintiff must either pay a filing fee of $350.00 as required by 28 U.S.C. § 1914(a) or file a motion to proceed in forma pauperis under 28 U.S.C. § 1915.

On September 24, 2012, the Clerk of Court's Office wrote a letter to Kane indicating that she needed to either pay the filing fee or submit a separate motion to proceed in forma pauperis. Kane did neither. On November 19, 2012, Magistrate Judge Ostby issued an Order requiring Kane to pay the filing fee or submit a motion to proceed in forma pauperis on or before December 14, 2012. *DKT* 3. That Order was returned as undeliverable on November 26, 2012. *DKT* 4.

1

There has been no further communication from Kane.

As no filing fee has been paid and no motion to proceed in forma pauperis has been filed, no case has been initiated.

ACCORDINGLY, the Clerk of Court is directed to close this file.

DATED this 20th day of December, 2012.

Richard F. Cebull, Chief Judge
United States District Judge